IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ALLTOP, TIMOTHY L.<br>ALLTOP, KIMBERLY S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-72874 MB<br><br>Judge MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 11/27/07. The Trustee was appointed on 11/27/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of November 26, 2008 is as follows:

   a. RECEIPTS (See Exhibit C)                    $        7,501.72

   b. DISBURSEMENTS (See Exhibit C)               $            6.83

   c. NET CASH available for distribution         $        7,494.89

   d. TRUSTEE/PROFESSIONAL COSTS

|  |  |  |  |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 1,500.17 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,091.50 |
| e. | Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5. The Bar Date for filing unsecured claims expired on.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |  |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 3,591.67 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 758.30 |
| e. | Allowed unsecured claims | $ | 95,453.79 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 3.30% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $2,091.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,091.50.

9. A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   November 26, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ALLTOP, TIMOTHY L.
ALLTOP, KIMBERLY S.

CASE NO. 07-72874 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,591.67 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 758.30 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 3,144.92 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 7,494.89 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $3,591.67 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,500.17 | 1,500.17 |
| | Stephen G. Balsley, Attorney for Trustee | 2,091.50 | 2,091.50 |
| | TOTAL $ | | 3,591.67 |

c. $758.30 for priority creditors, in the order specified in 11 U.S.C. §507(a)(1)(B)-(a)(10), itemized as follows:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $758.30 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 14P | Illinois Department of Revenue | 758.30 | 758.30 |
| | TOTAL $ | | 758.30 |

d. $3,144.92 for general unsecured creditors who have filed claims allowed in the total amount of $95,322.79, yielding a dividend of 3.30%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $95,322.79 | 3.30% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | GE Money Bank/Care Credit | 149.72 | 4.94 |
| 2 | Discover Bank | 9,066.58 | 299.13 |
| 3 | Gerald and Marie Marler | 70,909.70 | 2,339.48 |
| 4 | Capital One Bank (USA), N.A. | 882.43 | 29.11 |
| 5 | Capital One Bank (USA), N.A. | 2,340.21 | 77.21 |
| 6 | Chase Bank USA | 716.92 | 23.65 |
| 7 | Chase Bank USA, N.A. | 293.54 | 9.68 |
| 8 | LVNV Funding LLC/Washington Mutual | 3,482.36 | 114.89 |
| 9 | LVNV Funding, LLC/Washington Mutual | 2,381.62 | 78.58 |
| 10 | Roundup Funding, LLC | 5,099.71 | 168.25 |
| | TOTAL $ | | 3,144.92 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $131.00 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $131.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 14U | Illinois Department of Revenue | 131.00 | 0.00 |
| | TOTAL $ | | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 11 | Citibank N.A.<br>c/o Wilshire Credit Corporation<br>P.O. Box 1650<br>Portland, OR 97207 | $ 66,637.90 | Disallowed for purposes of distribution |
| Secured | 12 | Citibank, N.A.<br>Wilshire Credit Corporation<br>P.O. Box 1650<br>Portland, OR 97207 | $ 66,637.90 | Disallowed for purposes of distribution – duplicate of Claim #11 |
| Secured | 13 | Citibank, N.A.<br>Wilshire Credit Corporation<br>P.O. Box 1650<br>Portland, OR 97207 | $ 344,785.98 | Disallowed for purposes of distribution |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  November 26, 2008                /s/Stephen G. Balsley
                                         STEPHEN G. BALSLEY, Trustee

# EXHIBIT A

# TASKS PERFORMED

## TIMOTHY L. ALLTOP AND KIMBERLY S. ALLTOP
## CHAPTER 7 BANKRUPTCY CASE NO. 07-72874

The Trustee sold a boat, motor, trailer and motorcycle back to the Debtors for $4,520.00 pursuant to Court Order of April 9, 2008. The Trustee also recovered the non-exempt income tax refund of the Debtors.

The Debtors had scheduled a 1971 Oldsmobile Tornado in their bankruptcy petition stating its value at $10,000.00. The Trustee investigated into the value of the vehicle. The vehicle was not restored, and was not in running condition. It appeared to have sentimental value to the Debtors, but not much commercial value. The Trustee talked to automobile dealers who indicated that the car had a value of less than $1,000.00 even at retail. The Trustee had made arrangements to sell the vehicle at an auction, but before the auction occurred, the Trustee received a cash offer for the vehicle of $600.00 in "as is" and "where is" condition. The Trustee determined that this was probably more then the Trustee would net in the auction considering the cost of the auction, towing and other anticipated expenses. The Court entered an Order authorizing the sale on November 26, 2008.

The Trustee has determined it is not necessary to file an income tax return for this bankruptcy estate.

The Trustee has reviewed the claims. One of the claims is a duplicate claim, but since it is secured, the objection to the claim would not effect distribution. Therefore, the Trustee did not object to the claim. One of the claims is a late filed claim, which will also not receive any portion of the distribution from the Trustee.

SGB:vcg


EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 07-72874 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | ALLTOP, TIMOTHY L. | Filed (f) or Converted (c): | 11/27/07 (f) |
|  | ALLTOP, KIMBERLY S. | §341(a) Meeting Date: | 01/03/08 |
| Period Ending: | 11/26/08 | Claims Bar Date: |  |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 337 Eli Barnes Court, Sycamore, IL | 360,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Castle Bank | 334.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings - Castle Bank | 194.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding band and engagement ring | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Stonebridge Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Globe Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | IMRF | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1971 Oldsmobile Toronado 2-Door Hardtop Coupe | 10,000.00 | 600.00 |  | 600.00 | FA |
| 12 | 2000 Chevrolet Silverado 1500 Pick-up, Short bed | 2,935.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Nissan Murano SE Sport Utility | 13,270.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 Honda BTX 1300 S Model | 3,500.00 | 2,020.00 |  | 2,020.00 | FA |
| 15 | 1995 Ranger boat, motor and trailer | 4,500.00 | 2,500.00 |  | 2,500.00 | FA |
| 16 | 2007 Income Tax Refund (u) | 2,376.00 | 2,376.00 |  | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 5.72 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $412,339.00 | $7,496.00 |  | $5,125.72 | $0.00 |

Printed: 11/21/2008 02:33 PM    V.10.54

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-72874 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | ALLTOP, TIMOTHY L. | Filed (f) or Converted (c): | 11/27/07 (f) |
| | ALLTOP, KIMBERLY S. | §341(a) Meeting Date: | 01/03/08 |
| Period Ending: | 11/26/08 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 31, 2008    **Current Projected Date Of Final Report (TFR):** November 26, 2008 (Actual)

Printed: 11/21/2008 02:33 PM    V.10.54

# Form 2
## Cash Receipts And Disbursements Record



Page: 1

| Case Number: | 07-72874 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ALLTOP, TIMOTHY L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ALLTOP, KIMBERLY S. | | Account: | ***-*****31-65 - Money Market Account |
| Taxpayer ID #: | 13-7595968 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/26/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/10/08 | | Timothy and Kimberly Alltop | Purchase of boat and motorcyle | | 4,520.00 | | 4,520.00 |
| | {14} | | 2,020.00 | 1129-000 | | | 4,520.00 |
| | {15} | | 2,500.00 | 1129-000 | | | 4,520.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.35 | | 4,520.35 |
| 05/07/08 | | Timothy and Kimberly Alltop | Tax refund | 1129-000 | 2,376.00 | | 6,896.35 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.78 | | 6,897.13 |
| 06/03/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2008 FOR CASE #07-72874, 016018067 | 2300-000 | | 6.83 | 6,890.30 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.87 | | 6,891.17 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.87 | | 6,892.04 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,892.85 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.90 | | 6,893.75 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.75 | | 6,894.50 |
| 11/18/08 | {11} | Arthur Beese | Purchase of 1971 Oldsmobile Tornado | 1129-000 | 600.00 | | 7,494.50 |
| 11/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 0.39 | | 7,494.89 |
| 11/21/08 | | To Account #********3166 | Transfer funds from MMA to checking account | 9999-000 | | ! 7,494.89 | 0.00 |

Subtotals: $7,501.72   $7,501.72

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 11/21/2008 02:33 PM   V.10.54

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-72874 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ALLTOP, TIMOTHY L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ALLTOP, KIMBERLY S. | | Account: | \*\*\*-\*\*\*\*\*31-65 - Money Market Account |
| Taxpayer ID #: | 13-7595968 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/26/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,501.72 | 7,501.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,494.89 | |
| | | | **Subtotal** | | 7,501.72 | 6.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,501.72** | **$6.83** | |

{} Asset reference(s)      !-Not printed or not transmitted      Printed: 11/21/2008 02:33 PM    V.10.54

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-72874 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | ALLTOP, TIMOTHY L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ALLTOP, KIMBERLY S. | Account: | \*\*\*-\*\*\*\*\*31-66 - Checking Account |
| Taxpayer ID #: | 13-7595968 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/26/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/08 | | From Account #\*\*\*\*\*\*\*\*3165 | Transfer funds from MMA to checking account | 9999-000 | 7,494.89 | | 7,494.89 |
| | | | ACCOUNT TOTALS | | 7,494.89 | 0.00 | $7,494.89 |
| | | | Less: Bank Transfers | | 7,494.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*31-65 | 7,501.72 | 6.83 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*31-66 | 0.00 | 0.00 | 7,494.89 |
| | $7,501.72 | $6.83 | $7,494.89 |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 11/21/2008 02:33 PM   V.10.54

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,500.17 | $ 1,500.17 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 2,091.50 | $ 2,091.50 |
| **TOTALS** | $ 0.00 | $ 3,591.67 | $ 3,591.67 |