Case Name: Timothy L Alltop and Kimberly Alltop
Case No:   07-72874

## **CERTIFICATION OF REVIEW**

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: January 5, 2009    WILLIAM T. NEARY
             United States Trustee, Region 11


         BY: */s/ Carole J. Ryczek*
            CAROLE J. RYCZEK
            Attorney for the U.S. Trustee