IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ALLTOP, TIMOTHY L.
ALLTOP, KIMBERLY S.

CASE NO. 07-72874 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-4412; XXX-XX-2117

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   January 26, 2009
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,500.17 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,091.50 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $ 7,501.72

    b. Disbursements                         $ 6.83

    c. Net Cash Available for Distribution   $ 7,494.89

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $758.30. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,144.92, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $95,322.79, resulting in an approximate distribution of **3.30%** to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: November 26, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2          Date Rcvd: Jan 07, 2009
Case: 07-72874                Form ID: pdf002            Total Served: 33

The following entities were served by first class mail on Jan 09, 2009.
db           +Timothy L. Alltop,    337 Eli Barnes Ct.,    Sycamore, IL 60178-8770
jdb          +Kimberly S. Alltop,    337 Eli Barnes Ct.,    Sycamore, IL 60178-8770
aty          +Roy Safanda,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11772564      BP,   POB 94012,    Palatine, IL 60094-4012
11850043     +Bank of America,    POB 15726,    Wilmington, DE 19886-5726
12029209     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
12033526     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11772566     +Capital One,    POB 26074,    Richmond, VA 23260-6074
11772565      Capital One,    POB,   Richmond, VA 23260
11772568      Chadwick’s,    POB 659728,    San Antonio, TX 78265-9728
12102899     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11772569     +Direct Merchants,    POB 17313,    Baltimore, MD 21297-1313
11772571     +Gerald & Marie Marler,    1481 Easy St.,    Elgin, IL 60123-5126
12007812     +Gerald and Marie Marler,    c/o Stephen J. Costello,    Costello & Costello, P.C.,
               19 N. Western Avenue,    Carpentersville, Illinois 60110-1730
11772572      Harris Bank Barrington,    POB 6201,    Carol Stream, IL 60197-6201
12327818    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street Level 7-425,    Chicago, Illinois  60601)
11772573     +Jack L. Alltop,    1750 Seven Oaks Dr.,    Morristown, TN 37814-1423
11772574      Juniper,   POB 13337,    Philadelphia, PA 19101-3337
11772575      Kohl’s,    Bill Payment Center,    POB 2983,    Milwaukee, WI 53201-2983
11772576     +Pat Flanagan,    85 Market St.,    Elgin, IL 60123-5083
12182659      Roundup Funding, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
11772577      Shell,   POB 689151,    Des Moines, IA 50368-9151
11772578      Wamu,   POB 663487,    Dallas, TX 75266
The following entities were served by electronic transmission on Jan 08, 2009.
12644729     +E-mail/PDF: rmscedi@recoverycorp.com Jan 08 2009 04:08:08     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11772567      E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2009 04:07:57     Care Credit,    POB 960061,
               Orlando, FL 32896-0061
11772570      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2009 05:18:22      Discover,   POB 30395,
               Salt Lake City, UT 84130-0395
11980299      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2009 05:18:22
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
11975660     +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2009 04:07:53     GE Consumer Finance,
               For GE Money Bank,    dba CARE CREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0061
11772575      E-mail/PDF: cr-bankruptcy@kohls.com Jan 08 2009 04:47:50     Kohl’s,    Bill Payment Center,
               POB 2983,   Milwaukee, WI 53201-2983
12158019      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12644730      E-mail/PDF: rmscedi@recoverycorp.com Jan 08 2009 04:08:07
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11772579     +E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corp.,   POB 1650,
               Portland, OR 97207-1650
12239355     +E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corporation,
               Attn : Bankruptcy Dept,    PO Box 1650,    Portland OR 97207-1650
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Jan 07, 2009
Case: 07-72874                Form ID: pdf002         Total Served: 33
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2009**            **Signature:**    *Joseph Speetjens*