UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TIMOTHY L. ALLTOP and | ) | CASE NO. 07-72874 |
| KIMBERLY S. ALLTOP, | ) | |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:  THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, STEPHEN G. BALSLEY

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: _March 31, 2009_

WILLIAM T. NEARY
United States Trustee

By: _____
JAMES C. DREIER
Paralegal Specialist

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Statler Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

## JPMorganChase ⬤



JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 31, 2009 through February 27, 2009

Account Number: **000312192933166**

---

**CUSTOMER SERVICE INFORMATION**

Service Center:   **1-800-634-5273**

---

00015169 DBI 802 24 06109 - NNNNN  1 000000000 60 0000
07-72874 ALLTOP TIMOTHY L
ALLTOP KIMBERLY S DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

---

# CHECKING SUMMARY   Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,822.14** |
| Checks Paid | 8 | - 2,822.14 |
| **Ending Balance** | 8 | **$0.00** ✓ |

# CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 105 | 02/09 | $2,339.48 |
| 106 | 02/04 | 29.11 |
| 107 | 02/04 | 77.21 |
| 109 * | 02/03 | 9.68 |
| 110 | 02/06 | 114.89 |
| 111 | 02/06 | 78.58 |
| 112 | 02/04 | 168.25 |
| 113 | 02/03 | 4.94 |
| **Total Checks Paid** | | **$2,822.14** |



* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/03 | $2,807.52 |
| 02/04 | 2,532.95 |
| 02/06 | 2,339.48 |
| 02/09 | 0.00 |

> **EXHIBIT**
> B
> tabbies

**JPMorganChase** ○

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 29, 2008 through December 31, 2008
Account Number: **000312192933165**

---

### CUSTOMER SERVICE INFORMATION

Service Center:   **1-800-634-5273**



00015336 DBI 802 24 00209 - NNNNN  6  000000000 60 0000
07-72874 ALLTOP TIMOTHY L
ALLTOP KIMBERLY S DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date | | $5.72 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $5.72.

**PART A**     **FORM 4 - Distribution Report for Closed Asset Cases**    Version 3

**Case No.** : 07-72874 MB     **Date Submitted:** 03/10/09
**Case Name** : ALLTOP, TIMOTHY L.     **Trustee Name** : STEPHEN G. BALSLEY
**Date Filed/Converted to Ch. 7** : 11/27/07

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $7,501.72 | 100.00% |
| Less:  Funds Paid to Debtor: | | |
|    Exemptions | 0.00 | 0.00% |
|    Excess Funds | 0.00 | 0.00% |
|    Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | $7,501.72 | 100.00% |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $1,500.17 | $1,500.17 | 20.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|    Trustee's Firm Legal Fees | 2,091.50 | 2,091.50 | 27.88% |
|    Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|    Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|    Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|    Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|    Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|    Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|    Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 6.83 | 0.09% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
| Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $3,591.67 | $3,598.50 | 47.97% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)   (From attached Part B)** | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS 507(a)(1)(A) & (B) | 0.00 | 0.00 | 0.00% |
| WAGES 507(a)(4) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 758.30 | 758.30 | 10.11% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(1)(A) & (B), to 507(a)(3), to 507(a)(10)** | $758.30 | $758.30 | 10.11% |
| **GENERAL UNSECURED CLAIMS** | $95,453.79 | $3,144.92 | 41.92% |
| **TOTAL DISBURSEMENTS** | $99,803.76 | $7,501.72 | 100.00% |

PART B **FORM 4 – Distribution Report for Closed Asset Cases** Version 3

**Case No.** : 07-72874 MB          **Date Submitted:** 03/10/09

**Case Name:** ALLTOP, TIMOTHY L.          **Trustee Name** : STEPHEN G. BALSLEY

**Date Filed/Converted to Ch. 7 :** 11/27/07

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |